

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Edwards<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　　　　　　V.<br>Doctor P. Shakiba, Doctor (Medical); Sergeant N. Scharr, Correctional Sergeant; Officer Brown, Correctional Officer; Does 1-10<br>　　　　　　　　　　　　　**Defendant.** | Civil Action No.　18cv179-MMA(LL)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion and dismisses this action without prejudice. The Court directs the Clerk of Court to enter judgment accordingly and close the case.

Date:　12/21/18

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman
　　　　　　　　　　　　R. Chapman, Deputy